UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN E. REID,<br><br>                    Plaintiff,<br><br>         v.<br><br>RRA CP OPPORTUNITY TRUST 1, ET AL.,<br><br>                    Defendant. | Case No. EDCV 24-1752-KK-DTB<br><br><br>JUDGMENT |

On July 1, 2025, the Court granted Third-Party Plaintiffs, RRA CP Opportunity Trust and Real Time Resolution, Inc.'s ("Third-Party Plaintiffs") Motion for Summary Judgment with respect to all causes of action contained in the Third-Party Complaint against Third-Party Defendant Trina Patterson but denied Third-Party Plaintiffs' request for punitive damages. Dkt. 137. The Court directed Third-Party Plaintiffs to "file a notice indicating whether they intend to continue their pursuit of punitive damages." Id.

On July 7, 2025, Third-Party Plaintiffs notified the Court they "do not intend to continue their pursuit of punitive damages against Third-Party Defendant Trina Patterson" and requested "judgment be entered in accordance with the decision in the Court's July 1, 2025 Order and that the case be closed in its entirety thereafter." Dkt. 138 at 1.

Therefore, in light of Third-Party Plaintiffs no longer pursuing punitive damages and the Court's Order granting summary judgment, IT IS HEREBY ADJUDGED that Judgment is entered in favor of Third-Party Plaintiffs against Third-Party Defendant Trina Patterson.

Pursuant to this Judgment, Third-Party Defendant Trina Patterson is **ENJOINED** from filing reconveyances of deeds of trust in the public record of California without having been properly substituted as trustee for the subject deed of trust.

Further, given that there are no remaining claims in this action, the Clerk of Court is instructed to close this case. (JS-6)

Dated: July 11, 2025

HONORABLE KENLY KIYA KATO
United States District Judge